IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOE 1, *et al* <br><br> *Plaintiffs*, <br><br> v. <br><br> UPPER SAINT CLAIR SCHOOL DISTRICT, *et al*, <br><br> *Defendants*. | Civil Action No. 2:22-cv-112 <br><br> Hon. William S. Stickman IV |

## ORDER OF COURT

AND NOW, this **21** day of January 2022, for the reasons stated in the Opinion filed this same day, IT IS HEREBY ORDERED that Plaintiffs' Emergency Motion for a Temporary Restraining Order (ECF No. 2) IS DENIED.

BY THE COURT:

/s/ William S. Stickman IV
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE