# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE 1 and JANE DOE 1, in their own capacity and as parent of CHILD DOE 1, JOHN DOE 2 and JANE DOE 2, in their own capacity and as parent of CHILD DOE 2, JOHN DOE 3 and JANE DOE 3, in their own capacity and as parent of CHILD DOE 3, JOHN DOE 4 and JANE DOE 4, in their own capacity and as parent of CHILD DOE 4 JOHN DOE 5 and JANE DOE 5, in their own capacity and as parent of CHILD DOE 5 and on behalf of those similarly situated, <br><br>　　　　　　Plaintiffs <br><br>　　　　　　v. <br><br> UPPER SAINT CLAIR SCHOOL DISTRICT, a Pennsylvania governmental entity, PHILLIP J. ELIAS, DAPHNA GANS, BARBARA L. BOLAS, PATRICK A. HEWITT, LOUIS P. MAFRICE, JR., MICHAEL R. MASCARO, ANGELA B. PETERSEN, JENNIFER A. SCHNORE, DANIELLE Z. WETZEL, all individual elected officials sued in their official capacity as members of the UPPER SAINT CLAIR SCHOOL DISTRICT BOARD OF DIRECTORS, a Pennsylvania elected legislative body, <br><br>　　　　　　Defendants. | Civil Action No. 2:22-cv-00112-WSS |

**EMERGENCY NOTICE OF INTERLOCUTORY APPEAL**

Notice is hereby given that JOHN DOE 1 and JANE DOE 1, in their own capacity and as parent of CHILD DOE 1, JOHN DOE 2 and JANE DOE 2, in their own capacity and as parent of CHILD DOE 2, JOHN DOE 3 and JANE DOE 3, in their own capacity and as parent of CHILD DOE 3, JOHN DOE 4 and JANE DOE 4, in their own capacity and as parent of CHILD DOE 4, JOHN DOE 5 and JANE DOE 5, in their own capacity and as parent of CHILD DOE 5, plaintiffs

in the above-named case, hereby appeal to the United States Court of Appeals for the Third Circuit from: (1) the January 21, 2022 Order (Dkt. No. 15) denying Plaintiffs' Motion for an Emergency Temporary Restraining Order.

Respectfully submitted,

/s/Kenneth R. Behrend
Kenneth R. Behrend
Counsel for Plaintiffs
Pa. I.D. No. 37961
BEHREND LAW GROUP LLC
The Pittsburgher, Suite 1700
428 Forbes Avenue
Pittsburgh, PA 15219
(412) 391-4460
krbehrend@behrendlawgroup.com

Dated: January 21, 2022