IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOE 1, *et al* | |
| *Plaintiffs*, | Civil Action No. 2:22-cv-112 |
| v. | Hon. William S. Stickman IV |
| UPPER SAINT CLAIR SCHOOL DISTRICT, *et al*, | |
| *Defendants*. | |

## **ORDER OF COURT**

AND NOW, this __2nd__ day of March 2022, IT IS HEREBY ORDERED that, pursuant to the March 1, 2022, Order of the United States Court of Appeals for the Third Circuit at No. 22-1141, Plaintiffs' Complaint (ECF No. 1) is DISMISSED WITHOUT PREJUDICE as moot. The Clerk of Court is directed to mark this CASE CLOSED.

BY THE COURT:

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE