IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE 1 and JANE DOE 1, in their own capacity and as parent of CHILD DOE 1, et. al | ) ) ) ) |
| Plaintiffs | ) Civil Action No. 2:22-cv-00112-WSS ) |
| v. | ) ) |
| UPPER SAINT CLAIR SCHOOL DISTRICT, a Pennsylvania governmental entity, et al. | ) ) ) |
| Defendants. | ) |

**ORDER OF COURT**

AND NOW, this \_\_\_\_19th\_\_\_\_ day of April, 2022, it is ordered that Plaintiffs' motion for leave of court to file a nine page reply brief is GRANTED.

BY THE COURT:

_____ U.S.D.J.
William S. Stickman, J.